**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| ATLAS VAN LINES, INC., et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:23-cv-00087-MPB-CSW |
| PACIFIC TRANSFER, LLC, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, and the Court having reviewed same and being thus duly advised in the premises, now finds that this action should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned action be and is hereby dismissed with prejudice. Each party is to bear their own respective costs in this action.

SO ORDERED.

Dated: April 16, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Stephen J. Peters
David I. Rubin
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
speters@kgrlaw.com
drubin@kgrlaw.com

Patrick A. Shoulders
Robert L. Burkart
Clifford R. Whitehead
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
20 N.W. First Street
P.O. Box 916
Evansville, IN 47706
pshoulders@zsws.com
rburkart@zsws.com
cwhitehead@zsws.com